

# NUMBER 13-10-00540-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**JESUS CHAVIRA MENDEZ,**                                                                 **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                                      **Appellee.**

## On appeal from the Criminal District Court
## of Jefferson County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Perkes
Memorandum Opinion Per Curiam**

Appellant, Jesus Chavira Mendez, by and through his attorney, has filed an amended motion to withdraw his appeal because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the amended motion to withdraw the appeal and pursuant to Texas Rule of Appellate

Procedure 42.2(a), dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).
Delivered and filed the
24th day of February, 2011.